## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**JAMES C. STRADER,**

                            **Petitioner,**

      v.                                            **CASE NO. 22-3264-JWL-JPO**

**DANIEL L. SCHNURR,**

                            **Respondent.**

## MEMORANDUM AND ORDER

This matter is a pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Petitioner and state prisoner James C. Strader on October 18, 2022. On November 28, 2022, the Court dismissed this matter without prejudice under Federal Rule of Civil Procedure 41(b) because Petitioner had failed to comply with a court order. (Doc. 6.) The order in question had directed Petitioner to either pay the statutory filing fee or submit a motion to proceed in forma pauperis and the required supporting documentation on or before November 21, 2022. (Doc. 2.) Petitioner did neither.

On November 30, 2022, the Court received from Petitioner a document titled "Notification to the Court." (Doc. 10.) Therein, Petitioner informs the Court that he has sent the statutory filing fee. *Id.* at 1. Attached to the document is a Kansas Department of Corrections withdrawal request form showing that on November 28, 2022, Petitioner submitted a request to pay the filing fee in this matter. *Id.* at 6.

The Court first notes that the request is dated one week after the fee was due and Petitioner at no point requested an extension of the time in which to pay the filing fee. In addition, even liberally construing the notification, as is appropriate since Petitioner proceeds pro se, it does not

1

move the Court to reopen this matter. If Petitioner wishes to ask the Court to reopen this matter he must do so by a properly filed motion. Otherwise, this matter will remain closed.

To the extent that Petitioner's notification advises the Court of problems Petitioner perceives in his state-court litigation or in his efforts to obtain information regarding the claims in this matter, Petitioner is reminded that the Court will not take action on those matters as a result of a request made in this currently closed case.

**IT IS THEREFORE ORDERED** that the Court will take no further action on the Notification (Doc. 10). If Petitioner wishes to move this Court to reopen this matter, he must do so by filing a proper motion for such relief.

**IT IS SO ORDERED.**

DATED:   This 6th day of December, 2022, at Kansas City, Kansas.

S/ John W. Lungstrum

JOHN W. LUNGSTRUM
United States District Judge